UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RUSH,

    Plaintiff,                                            Case No. 11-11868

v.                                                  Honorable John Corbett O'Meara

MICHIGAN SEX OFFENDERS
REGISTRATION ACT,

    Defendant.

_____/

## ORDER

Before the Court is Plaintiff's Complaint, filed April 20, 2011, and his application to proceed *in forma pauperis*. Based upon Plaintiff's representations in his application, the Court will grant Plaintiff *in forma pauperis* status.

Pursuant to 28 U.S.C. § 1915(e)(2), the Court must screen Plaintiff's Complaint to determine whether this action may properly proceed. The Court may *sua sponte* dismiss an *in forma pauperis* case if it is satisfied that the action is frivolous or if the Complaint fails to state a claim upon which relief may be granted. See id.; McGore v. Wrigglesworth, 114 F.3d 601, 608-609 (6th Cir. 1997). The Supreme Court has defined a "frivolous" action as one that "lacks an arguable basis in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). In this case, Plaintiff has not alleged sufficient facts to make out any legally cognizable action over which the court may have jurisdiction. Accordingly, the Court finds that Plaintiff's action fails to state a claim upon which relief may be granted and is frivolous.

Therefore, IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.


Date: May 31, 2011            s/John Corbett O'Meara
                                                United States District Judge


I hereby certify that on June 1, 2011 a copy of this order was served upon Plaintiff at 4507 Williams Street, Wayne MI  48184 by first-class U.S. mail.


                                                s/William Barkholz
                                                Case Manager